IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICIA ANDERSON**  **PLAINTIFF**

v.  **CAUSE NO. 1:13CV302-LG-JCG**

**HARRISON COUNTY, MISSISSIPPI**  **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [63] joined by Harrison County, Mississippi, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Harrison County, Mississippi, pursuant to Fed. R. Civ. P. 56.  This case is hereby **DISMISSED WITH PREJUDICE**.  In accordance with Fed. R. Civ. P. 54(d)(1), Harrison County, Mississippi, is entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 1st day of December, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE